USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS ARCHIPOLO,

                      Plaintiff,

-against-

SUFFOLK CONSTRUCTION CO., INC.,

                      Defendant(s).

24-CV-06432 (MMG)

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of Plaintiff's letter requesting that the initial pretrial conference scheduled for October 15, 2024 be adjourned and to conduct the conference virtually. *See* Dkt. No. 13.

      Accordingly, it is hereby ORDERED that the October 15, 2024 initial pretrial conference is ADJOURNED to **Tuesday, December 17, 2024 at 11:30 a.m.** The conference will be held via Microsoft Teams. The Meeting ID and Passcode are as follows: Meeting ID: 262 463 801 468 // Passcode: BXZUZM. A direct link to the Teams conference will be sent to counsel for the parties prior to the conference. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. All parties are required to register promptly as filing users on ECF.

      Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Additionally, in accordance with Rule II(A)(5) of the Individual Rules, the parties are hereby ORDERED to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **December 10, 2024**. The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      If this case has been settled or otherwise terminated, counsel are not required to submit such a letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

      In accordance with Rule I(B)(5) of the Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**Counsel who have entered a notice of appearance as of the issuance of this Order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order and the Court's Individual Rules forthwith, and (2) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this Order must forthwith send a copy of this Order and the Individual Rules to that party personally.

The Clerk of Court is respectfully directed to terminate Dkt. No. 13.

Dated: September 10, 2024
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge