**CETRULO LLP**
**52 DUANE STREET**
**7TH FLOOR**
**NEW YORK, NY 10007**
**TELEPHONE (212) 635-2230**
**FACSIMILE (212) 635-2239**
www.cetllp.com

December 6, 2024

***VIA CM/ECF***

District Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
(212) 805-0236
GarnettNYSDChambers@nysd.uscourts.gov

  Re: *Chris Archipolo v. Suffolk Construction Company, Inc.*
     Case No.: 1:24-cv-06432-MMG
     <u>Joint Request for Adjournment of Initial Pretrial Conference</u>

Dear Judge Garnett:

 Kindly allow this letter to serve as a joint request pursuant to Rule I(B)(5) of Individual Rules for a brief adjournment of the Initial Pretrial Conference ("IPC") in this action, currently scheduled for December 17, 2024.

 The parties have been engaged in discussions regarding possible early resolution of this matter; however, recent trial obligations have somewhat delayed these talks.  With trial obligations now behind us, we believe a brief adjournment of the IPC will allow the parties time for more substantive discussions.  We would therefore respectfully request that the Court grant a 45-day adjournment of the IPC to January 30, 2025, in order for the parties to explore early resolution of the case.  Additionally, the parties request a corresponding extension of the date to submit a joint letter and Civil Case Management Plan and Scheduling Order.

 A prior request for an adjournment of the IPC was made by counsel for Plaintiff by way of correspondence dated September 6, 2024 (ECF No. 13), and said request was granted.

 Should you have any questions or concerns, please do not hesitate to contact the undersigned at any time.  We thank you in advance for your time and consideration.

Dated: December 6, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Brian J. Lawler* | */s/ Kevin C. McCaffrey* |
| Brian J. Lawler, Esq. | Kevin C. McCaffrey, Esq. |
| PILOT LAW, P.C. | CETRULO LLP |
| 4632 Mt. Gaywas Drive | 52 Duane Street – 7th Floor |
| San Diego, CA 92117 | New York, NY 10007 |
| (t): 866 512 2465 | (t): 212 635 2230 \| (f): 212 635 2239 |
| blawler@pilotlawcorp.com | (m): 917 282 4181 |
| | kmccaffrey@cetllp.com |
| *Attorneys for Plaintiff Chris Archipolo* | *Attorneys for Defendant Suffolk Construction Company, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of December, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kevin C. McCaffrey*
Kevin C. McCaffrey

---

Application GRANTED. It is hereby ORDERED that the December 17, 2024 initial pre-trial conference shall be ADJOURNED to **Tuesday, January 28, 2025 at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY, 10007. It is further ORDERED that the parties shall file their joint letter and proposed case management plan no later than **January 21, 2025**.

The Clerk of Court is respectfully directed to terminate Dkt. No. 21.

SO ORDERED. Dated December 6, 2024

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT COURT